**THE MOORE LAW GROUP, APC.**
Donna Armenta, Esq.,
Nevada Bar No. 6527
823 Las Vegas Blvd., South, Suite. 260
Las Vegas, NV 89101
Mailing Address
P.O. Box 25145
Santa Ana, CA 92799-5145
800-506-2652
DArmenta@collectmoore.com
NVAttorneys@collectmoore.com
Attorneys for Defendant
The Moore Law Group, A.P.C.

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| Sarah Adams,<br><br>             Plaintiff,<br>    vs.<br><br>The Moore Law Group, A.P.C.,<br><br>            Defendant, | Case No. 2:22-CV-00643-GMN-BNW |

**FIRST AMENDED STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING TO THE COMPLAINT**

Plaintiff, Sarah Adams, by and through her counsel of record, Gustavo Ponce, Esq. of the Kazerouni Law Group, APC and Defendant, the Moore Law Group A.P.C. by and through its counsel, Donna M. Armenta, Esq. of the Moore Law Group, A.P.C. submit this Amended Stipulation to Extend Defendant's Deadline to File Responsive Pleading to the complaint.   Pursuant to LR IA 6.1, this is an amendment to the 1st stipulation for extension of time as the first stipulation was denied without prejudice for failure to comply with LR IA 6.1.

There have been no previous extension granted in this matter.

The Parties seek this extension for judicial economy as settlement negotiations are ongoing which may resolve this actions in full, therefore,

/ / /

1

IT IS STIPULATED by and between Plaintiff, Sarah Adams and Defendant, The Moore Law Group, A.P.C., by and through their respective counsels of record below, the Defendant, The Moore Law Group, A.P.C.'s deadline to file a responsive pleading to Plaintiff's complaint in this matter is extended from May 17, 2022 to June 16, 2022.

Dated:  May 4, 2022

THE MOORE LAW GROUP, APC.


By: */s/ Donna Armenta Esq.*
Donna Armenta, Esq.,
Nevada Bar No. 6527
823 Las Vegas Blvd S., Suite. 260
*Las Vegas, NV 89101*
DArmenta@collectmoore.com
NVAttorneys@collectmoore.com
Attorney for Defendant
The Moore Law Group, A.P.C

Dated:  May 4, 2022

KAZEROUNI LAW GROUP, APC.


By: *Gustova Ponce, Esq.*
Gustavo Ponce
Nevada Bar No 15084
Mona Amini, Esq.
Nevada Bar No. 15381
6069 South Fort Apache Road, Suite 100
Las Vegas NV 89148
gustavo@kazlg.com & mona@kazlg.com
Attorneys for Plaintiff, Satrah Adams

## ORDER

For Good Cause Shown,

IT IS SO ORDERED, Defendant, The Moore Law Group, A.P.C.'s deadline to file a responsive pleading to Plaintiff's complaint in this matter is extended from May 17, 2022 to June 16, 2022 .

DATED:  May 9, 2022


_____
United States Magistrate Judge