Donna Armenta, Esq.
Nevada Bar No. 6527
823 Las Vegas Blvd S., Suite 260
Las Vegas, NV 89101
darmenta@collectmoore.com

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| Sarah Adams, <br><br>                Plaintiff, <br><br>        v. <br><br> The Moore Law Group, A.P.C., <br><br>                Defendant. | Case No.: 2:22-CV-00643-GMN-BNW <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE <u>TO FILE RESPONSIVE PLEADING TO THE COMPLAINT</u>** <br><br> **(SECOND STIPULATION TO EXTEND)** |

     Plaintiff, Sarah Adams and Defendant, the Moore Law Group, A.P.C., by and through their undersigned counsel, hereby submit this Stipulation to Extend Defendant's Deadline to File Responsive Pleading to the Complaint, and in support thereof state as follows:

1. There has been one pervious extension of time to file a responsive pleading to the Complaint in this matter.
2. The Parties seek this extension for judicial economy as settlement negotiations are ongoing which may resolve this action in full.

    IT IS STIPULATED by and between Plaintiff, Sarah Adams, and Defendant, the Moore Law Group, A.P.C. that Defendant's deadline to file a responsive pleading to Plaintiff's Complaint in this matter is extended from June 16, 2022 to June 30, 2022.

//

//

Dated: June 16, 2022

                                                **THE MOORE LAW GROUP, APC**

                                                <u>*/s/ Donna Armenta, Esq.*</u>
                                                Donna Armenta, Esq.
                                                Nevada Bar No. 6527
                                                823 Las Vegas Blvd S., Suite 260
                                                Las Vegas, NV 89101
                                                darmenta@collectmoore.com

                                                *Counsel for Defendant*

Dated: June 16, 2022                              **KAZEROUNI LAW GROUP, APC**

                                            By: <u>/s/ Mona Amini</u>
                                                Gustavo Ponce, Esq.
                                                Mona Amini, Esq.
                                                6069 S. Fort Apache Rd., Ste 100
                                                Las Vegas, NV 89148

                                                *Counsel for Plaintiff*

## <u>ORDER</u>

     IT IS SO ORDERED, Defendant, the Moore Law Group, A.P.C.'s deadline to file a responsive pleading to Plaintiff's Complaint in this matter is extended from June 16, 2022 to June 30, 2022.

Dated: June 21, 2022

                                                          United States Magistrate Judge